# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| PROVIZANT, INC., et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) NO. 3:15-cv-00993 |
| | ) CHIEF JUDGE CRENSHAW |
| NANOPV-I-GROUP SOLAR, INC., et al., | ) ) |
| Defendants. | ) |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 52), to which no timely objections have been filed. The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED IN PART** and **SET ASIDE IN PART**.

Accordingly, Plaintiffs' Motion for Default Judgment (Doc. No. 47) is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 58, the Clerk shall enter judgment in favor of Plaintiffs and against NanoPV-I-Group Solar, Inc., I-Group Renewable, Inc., Ranford Herman, and Green Grid Social, LLC, for a total of $185,360.00 in compensatory damages and $500,000.00 in punitive damages. The Court **AWARDS** prejudgment interest at a rate of 5.00% beginning on March 25, 2014, until the date of the judgment.

The Court **DECLINES TO ADOPT** the Magistrate Judge's recommendation to award post-judgment interest at a rate of 5.00%. In cases where a federal court has diversity jurisdiction, federal law controls the postjudgment interest award. F.D.I.C. v. First Heights Bank, FSB, 229 F.3d 528, 542 (6th Cir. 2000). Accordingly, postjudgment interest is **AWARDED** at the statutory rate of 1.27% (week ending 9/15/2017) provided in 28 U.S.C. § 1961(a).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE